IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA HOLT                                                                                         PLAINTIFF

v.                                          No. 4:09CV00818 JLH

U.S. BANK NATIONAL ASSOCIATION                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the defendant. The complaint of Sheila Holt is dismissed with prejudice.

IT IS SO ORDERED this 8th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE